NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAX RACK, INC.,**
*Plaintiff-Appellant,*

v.

**HOIST FITNESS SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2010-1417

---

Appeal from the United States District Court for the Southern District of Ohio in case no. 05-CV-0784, Judge Michael H. Watson.

---

## ON MOTION

---

## ORDER

Upon consideration of the unopposed motion to have the United States District Court for the Southern District of Ohio transmit to this court DE 90 and DE 92, video of Hoist PTS in use, labeled Exhibit J to Plaintiff's Memorandum in Opposition to Hoist's Renewed Motion for Partial Summary Judgment on Infringement of U.S. Patent No. 5,215,510,

IT IS ORDERED THAT:

(1) The motion to transmit the exhibits is granted. The physical exhibits will be retained by this court's clerk's office.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

__DEC 1 6 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeffrey S. Standley, Esq.
John L. Haller, Esq.
USDC, SD OH, Clerk

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 6 2010

JAN HORBALY
CLERK